UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMIE MUNCHBACH,<br><br>Plaintiff,<br><br>v.<br><br>MAYOR THOMAS P. KOCH, et al.,<br><br>Defendants. | Civil Action No. 25-12232-MJJ |

**ORDER**

December 31, 2025

JOUN, D.J.

      Plaintiff Jamie Munchbach ("Ms. Munchbach" or "Plaintiff") initiated this civil action by filing an Application to Proceed in District Court without Prepaying Fees or Costs together with a Complaint against the Mayor of Quincy, Massachusetts, and a Pastor of a church in Weymouth, Massachusetts. [Doc. Nos. 1, 2]. She subsequently filed a Motion for Temporary Restraining Order and a second Application to Proceed in District Court without Prepaying Fees or Costs. [Doc. Nos. 4, 5].

      By Memorandum and Order dated September 10, 2025, Plaintiff's Applications to Proceed in District Court without Prepaying Fees or Costs, [Doc. Nos. 2, 5], were allowed and her Motion for Temporary Restraining Order, [Doc. No. 4], was denied. [Doc. No. 6]. Plaintiff was advised that her claim for discrimination in violation of Title VII is subject to dismissal. [*Id.*]. In addition, Plaintiff was advised that the complaint failed to state a civil rights claim against defendant Mayor and the defendant Pastor. [*Id.*]. Plaintiff was advised that if she wished

to proceed, she must, by October 10, 2025, file an amended complaint that cures the pleading deficiencies of the original complaint. [*Id.*].

On October 10, 2025, plaintiff filed an emergency motion. [Doc. No. 10]. Plaintiff's emergency motion was denied by Electronic Order, [Doc. No. 11], stating, among other things, that the Court cannot provide recourse as to new allegations concerning the Weymouth Police where the Complaint solely identifies Mayor Koch and Pastor Garber as defendants. [*Id.*].

Since that time, Plaintiff has filed three documents that have been entered on the Court's docket as letters. [Doc. Nos. 12, 13, 14]. However, she has not filed an amended complaint.

Accordingly, if Plaintiff wishes to proceed, she must file on or before January 16, 2026, an amended complaint that cures the pleading deficiencies of her original complaint. Any amended complaint must be labeled as an "Amended Complaint" and must identify all of the parties in the caption. Fed. R. Civ. P. 10(a). The claims in the amended complaint must be set forth "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). It must clearly identify the claims and relief Plaintiff seeks as to each defendant and must provide sufficient factual bases for each of the elements of each claim that she asserts. The amended complaint will be further screened pursuant to 28 U.S.C. § 1915(e)(2)(B). Failure to file an amended complaint, on or before January 16, 2026, will result in dismissal of this action.

SO ORDERED.

                                          /s/ Myong J. Joun
                                          United States District Judge