UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMIE MUNCHBACH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-12232-MJJ |
| MAYOR THOMAS P. KOCH, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

March 5, 2026

JOUN, D.J.

     Plaintiff Jamie Munchbach ("Ms. Munchbach" or "Plaintiff") initiated this civil action by filing an Application to Proceed in District Court without Prepaying Fees or Costs together with a Complaint. [Doc. Nos. 1, 2]. She subsequently filed a Motion for Temporary Restraining Order and a second Application to Proceed in District Court without Prepaying Fees or Costs. [Doc. Nos. 4, 5].

     By Memorandum and Order dated September 10, 2025, Plaintiff's Applications to Proceed in District Court without Prepaying Fees or Costs, [Doc. Nos. 2, 5], were allowed and her Motion for Temporary Restraining Order, [Doc. No. 4], was denied. [Doc. No. 6]. Plaintiff was advised that if she wished to proceed, she must file, within twenty-eight (28) days, an amended complaint that cures the pleading deficiencies of the original complaint. [*Id.*]. She did not file an amended complaint, but filed three letters, [Doc. Nos. 12 – 14], as well as an emergency motion, [Doc. No. 10], which was denied on October 14, 2025. [Doc. No. 11].

2

By Order dated December 31, 2025, Plaintiff was advised that if she wishes to proceed, she was granted an extension until January 16, 2026, to file an amended complaint. [Doc. No. 15].

To date, Plaintiff has not filed an amended complaint and the time to do so expired. Accordingly, and in accordance with the Court's September 10, 2025 Memorandum and Order [Doc. No. 6] and December 31, 2025 Order [Doc. No. 15], this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

                                                    /s/ Myong J. Joun
                                                  United States District Judge